| | | | | |
|---|---|---|---|---|
| Capozzi v. UCBR | 2283CD15, 2284CD15, 2285CD15 | 01/19/2017 | Unemployment Compensation Board of Review B–570702–A | Affirmed |
| Hussey Copper Ltd. v. WCAB (Chiles) | 2338CD15 | 01/19/2017 | Workers' Compensation Appeal Board A14–1095 | Affirmed |
| Potts v. WCAB (Elwyn Inc.) | 615CD16 | 01/19/2017 | Workers' Compensation Appeal Board A15–0419 | Affirmed |
| Langley v. WCAB (Giant Food Stores) | 719CD16 | 01/19/2017 | Workers' Compensation Appeal Board A15–0775 | Affirmed |
| Evans v. UCBR | 739CD16 | 01/19/2017 | Unemployment Compensation Board of Review B–587510 | Affirmed |
| DOT v. Bystone | 745CD16 | 01/19/2017 | Allegheny County S.A.16–84 | Reversed |
| Elliott v. WCAB (SEPTA) | 1067CD16 | 01/19/2017 | Workers' Compensation Appeal Board A15–1095 | Affirmed |
| Jodzis v. UCBR | 1264CD16 | 01/19/2017 | Unemployment Compensation Board of Review B–590709 | Affirmed |
| Bunner v. WCAB (Delcora) | 25CD16 | 01/20/2017 | Workers' Compensation Appeal Board A14–1313 | Affirmed |
| O'Neal v. Bedford Co. | 179CD16, 249CD16 | 01/20/2017 | Bedford County 2015–00842 | Affirmed Reversed and Remanded |
| Heidelberg v. PBPP | 661CD16 | 01/20/2017 | Board of Probation & Parole Parole No: 18145 | Affirmed |
| Miloro v. WCAB (Dept. of Vet. Aff. & Inservco) | 1262CD16 | 01/20/2017 | Workers' Compensation Appeal Board A15–1179 | Affirmed |
| Commonwealth v. Macolino | 1292CD16 | 01/23/2017 | Montgomery County CP–46–SA–0000755–2015 | Affirmed |
| Bassett v. Boro Edgeworth Shade Tree Commission | 145CD16 | 01/24/2017 | Allegheny County SA 15–660 | Affirmed |